UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the day of , two thousand and fifteen,

---

H.W. and A.W., individually and on behalf of their Son, M.W., a minor;

                Plaintiffs-Appellees,

-against-

Manhasset Union Free School District,

                Defendants-Appellants.

**STIPULATION OF DISCONTINUANCE**

Docket No. 15-1405

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for the Plaintiffs and Defendant herein, that whereas no party is an infant or incompetent person from whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above captioned action be, and the same is discontinued with prejudice per the terms of a Stipulation of Settlement entered into between the parties, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 6, 2015
       Garden City, New York

_____
Nancy Hampton, Esq.
MORITT HOCK & HAMROFF, LLP
Attorneys for Plaintiffs-Appellees
400 Garden City Plaza, Suite 202
Garden City, New York 11530
Telephone: (516) 873-2000
nhampton@moritthock.com

_____
Laura A. Ferrugiari, Esq.
FRAZER & FELDMAN, LLP
Attorneys for Defendant-Appellants
1415 Kellum Place
Garden City, New York 11530-1604
(516) 742-7777
laferru@ffedlaw.com

_____
SO ORDERED